UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PRESTON MURPHY AND
JUSTIN MURPHY.

CA 05 309T

VS C.A. NO:

CITY OF PROVIDENCE, by and through
Its treasurer STEPHEN NAPOLITANO,
PROVIDENCE POLICE DEPARTMENT;
JOHN DOE I, JOHN DOE II, JOHN DOE III,
JOHN DOE IV, JOHN DOE V and/or JANE
DOE I, JANE DOE II, JANE DOE III, JANE
DOE IV, JANE DOE V, ALIAS individually
And as agents of the City of Providence and/or
Providence Police Department

**PETITION FOR REMOVAL FROM STATE COURT**

The Honorable Judges of the United States District Court for the District of Rhode Island

Now come the Defendants City of Providence, Stephen T. Napolitano, Providence Police Department pursuant to 28 U.S.C.§1441 and 1446 for removal of Providence Superior Court Civil Action No. 05-3314 entitled: Preston Murphy and Justin Murphy v. City of Providence, et al, C.A. No. 05-3314.

In support of said petition for removal, your petitioners state as follows:

1. They first became aware of Plaintiff's Complaint when they were served a copy of the complaint during the week of June 27, 2005.

2. Plaintiff's complaint contains allegations that your petitioner/defendants, unlawfully discriminated against him as follows:

a. harassment based on race or violation of equal protection cause of the 14th Amendment.

b. failed to train and supervise police officers.

3. The required filing fee has been filed contemporaneously with this petition, together with a copy of all process pleadings served upon them in this action.

4. Copies of this petition are being filed with all parties who have been served with process in this action as well as with the Clerk of the Providence County Superior Court.

5. All of the defendants in this action, who have been served to date, consent to the removal of this action as set forth below.

Defendants,
City of Providence; John Does 1-5
Jane Does 1-5 and Providence Police
Department
By their Attorney:

Joseph M. Fernandez
City Solicitor

Kevin F. McHugh, (#3927)
Assistant City Solicitor
Law Department
275 Westminster Street Suite 200
Providence, Rhode Island 02903
(401) 421-7740 Ext. 333
(401) 351-7596 Fax

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within to the Attorney of Record as listed below on this 14th day of July 2005.

Christopher E. Fay, Esquire
Fay Law Associates, Inc.
917 Reservoir Avenue
Cranston, Rhode Island 02910