CA 05 309T

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PRESTON MURPHY, ET AL. | : | |
| | : | |
| VS. | : | C.A. No. 05- |
| | : | |
| CITY OF PROVIDENCE, ET AL. | : | |

**DEFENDANT CITY OF PROVIDENCE'S ANSWER TO PLAINTIFFS' COMPLAINT**

Parties

1. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 1 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

2. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 2 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

3. Defendant denies generally and specifically the allegations contained in Paragraph 3 of Plaintiffs' Complaint.

4. Paragraph 4 of Plaintiffs' Complaint does not require an answer from this Defendant.

Count I

5. Defendant reiterates and incorporates by reference its answers to Paragraphs 1 through 4 of Plaintiffs' Complaint as if fully stated herein.

(2)

6. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 6 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

7. Defendant denies generally and specifically the allegations contained in Paragraph 7 of Plaintiffs' Complaint.

Count II

8. Defendant reiterates and incorporate by reference its answers to Paragraphs 5 through 7 of Plaintiff's Complaint as if fully stated herein.

9. Defendant denies generally and specifically the allegations contained in Paragraph 9 of Plaintiffs' Complaint.

10. Defendant denies generally and specifically the allegations contained in Paragraph 10 of Plaintiffs' Complaint.

Count III

11. Defendant reiterates and incorporates by reference its answers to Paragraphs 8 through 10 of Plaintiffs' Complaint as if fully stated herein.

12. Defendant denies generally and specifically the allegations contained in Paragraph 12 of Plaintiffs' Complaint.

13. Defendant denies generally and specifically the allegations contained in Paragraph 13 of Plaintiffs' Complaint.

Count IV

14. Defendant reiterates and incorporates by reference its answers to Paragraphs 11 through 13 of Plaintiffs' Complaint as if fully stated herein.

15. Defendant denies generally and specifically the allegations contained in Paragraph 15 of Plaintiffs' Complaint.

16. Defendant denies generally and specifically the allegations contained in Paragraph 16 of Plaintiffs' Complaint.

Count V

17. Defendant reiterates and incorporates by reference its answers to Paragraphs 14 through 16 of Plaintiffs' Complaint as if fully stated herein.

18. Defendant denies generally and specifically the allegations contained in Paragraph 18 of Plaintiffs' Complaint.

19. Defendant denies generally and specifically the allegations contained in Paragraph 19 of Plaintiffs' Complaint.

## AFFIRMATIVE DEFENSES

1. Plaintiffs' action is barred by the passing of the statute of limitations.

2. Plaintiffs' Complaint fails to state a cause of action upon which relief may be granted.

3. The Providence Police Department is not a legal entity.

4. That any injury or damage suffered by the Plaintiffs was caused solely by reason of the Plaintiffs' wrongful acts and conduct.

5. That the actions of the Defendant and/or Defendant's agents in all respects were reasonable, proper and legal.

6. To the extent that the Plaintiffs suffered any damages, such damages were caused or contributed to by the Plaintiffs' negligence.

7. To the extent that the Plaintiffs suffered any damages, the risk of such damages were assumed by the Plaintiffs.

8. The Defendant's agents acted, at all times material hereto, in good faith.

9. The Defendant's agents had legal justification for all its actions relative to the Plaintiffs.

10. Defendant's liability is limited by R.I.G.L. § 9-31-3.

11. That the actions of the Defendant were lawful and proper and probable cause existed for the arrest of Plaintiff.

WHEREFORE, Defendant demands that Plaintiffs' Complaint be denied and dismissed; that judgment enter for this Defendant and that Defendant be awarded costs and attorneys' fees.

DEFENDANT,

CITY OF PROVIDENCE, by and through its Treasurer, STEPHEN T. NAPOLITANO

By its Attorney,

JOSEPH M. FERNANDEZ
CITY SOLICITOR

Kevin F. McHugh (#3927)
Assistant City Solicitor
Department of Law
275 Westminster Street, Suite 200
Providence, RI 02903
(401) 421-7740, Ext. 333
(401) 351-7596 (Fax)

**Certification**

I hereby certify that on this 14th day of July, 2005, I mailed a true copy of the foregoing, by regular mail, postage prepaid, to the following:

Christopher E. Fay, Esq.
917 Reservoir Avenue
Cranston, RI 02910

FILED