STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2005-3314 PRESTON MURPHY V CITY OF PROVIDENCE

Filing Date: 06-28-2005
Case Status: CLOSED DURING DISCOVERY

Case Type: PERSONAL INJURY
Status Date: 07-14-2005

Plaintiff: PRESTON MURPHY
ID: @10274979
Attorney: CHRISTOPHER FAY

Plaintiff: JUSTIN MURPHY
ID: @10274981
Attorney: CHRISTOPHER FAY

Defendant: CITY OF PROVIDENCE
ID: PROVIDENC

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 06-28-2005 | COMPLAINT FILED | |
| 06-28-2005 | INITIAL FILING FEE | |
| 06-28-2005 | Payment Applied | A Payment of -$160.00 was made on receipt SCP206700. |
| 07-14-2005 | NOTICE OF REMOVAL | Affiliated: CITY OF PROVIDENCE |
| 07-14-2005 | CASE REMVD TO US DISTRICT CT | |
| 07-14-2005 | OTH DOC FILED DURING DISCOV | |