**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PRESTON MURPHY, ET AL. | : | |
| | : | |
| VS. | : | C.A. No. 05-309T |
| | : | |
| CITY OF PROVIDENCE, ET AL. | : | |

## NOTICE TO TAKE DEPOSITION

DEPONENT: **Preston Murphy**

Date & Time of Taking: **Monday, December 5, 2005 at 9:30 p.m.**

To: Christopher E. Fay, Esq.
917 Reservoir Avenue
Cranston, RI 02910

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920

Please take notice that, pursuant to the provisions of the Federal Rules of Civil Procedure, defendants will take testimony on oral examination of the above-named deponent, at the date and time herein above referred to, before a Notary Public of the State of Rhode Island or some other duly qualified person and thereafter from day to day as the taking of the deposition may be adjourned, at the office of the **Department of Law, City of Providence, 275 Westminster Street, Suite 200, Providence, Rhode Island 02903.**

You are invited to attend to cross-examine.

DEFENDANTS
By their Attorney,

JOSEPH M. FERNANDEZ
City Solicitor

Kevin F. McHugh (#3927)
Assistant City Solicitor
Department of Law
275 Westminster Street, Suite 200
Providence, RI 02903
(401) 421-7740, Ext. 333
(401) 351-7596 (Fax)

CERTIFICATION

I hereby certify that on this 20 7th day of October, 2005, I mailed a true copy of the foregoing, by regular mail, postage prepaid, to the parties as listed above.

Carolyn M. Ranucci

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PRESTON MURPHY, ET AL. | : | |
| | : | |
| VS. | : | C.A. No. 05-309T |
| | : | |
| CITY OF PROVIDENCE, ET AL. | : | |

**NOTICE TO TAKE DEPOSITION**

DEPONENT: **Preston Murphy**

Date & Time of Taking: **Monday, December 5, 2005 at 1:30 p.m.**

To: Christopher E. Fay, Esq.
917 Reservoir Avenue
Cranston, RI 02910

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920

Please take notice that, pursuant to the provisions of the Federal Rules of Civil Procedure, defendants will take testimony on oral examination of the above-named deponent, at the date and time herein above referred to, before a Notary Public of the State of Rhode Island or some other duly qualified person and thereafter from day to day as the taking of the deposition may be adjourned, at the office of the **Department of Law, City of Providence, 275 Westminster Street, Suite 200, Providence, Rhode Island 02903**.

You are invited to attend to cross-examine.

DEFENDANTS
By their Attorney,

JOSEPH M. FERNANDEZ
City Solicitor

Kevin F. McHugh (#3927)
Assistant City Solicitor
Department of Law
275 Westminster Street, Suite 200
Providence, RI 02903
(401) 421-7740, Ext. 333
(401) 351-7596 (Fax)

CERTIFICATION

I hereby certify that on this 20th day of October, 2005, I mailed a true copy of the foregoing, by regular mail, postage prepaid, to the parties as listed above.

Carolyn M. Ranucci