**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **PRESTON MURPHY and JUSTIN MURPHY** | : | |
| | : | |
| **VS.** | : | **C.A. No. 05-309T** |
| | : | |
| **CITY OF PROVIDENCE, ET AL.** | : | |

**DEFENDANT CITY OF PROVIDENCE'S MOTION TO COMPEL PLAINTIFF PRESTON MURPHY'S RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS**

Now comes the Defendant in the above-entitled matter and moves to compel the Plaintiff Preston Murphy to produce those documents requested in Request for Production of Documents dated September 29, 2005. Despite good-faith efforts, the Defendant has been unable to procure said documents absent the filing of this motion. Pursuant to Local Rule, no memorandum is required.

DEFENDANT,
CITY OF PROVIDENCE

By its Attorney,

JOSEPH M. FERNANDEZ
CITY SOLICITOR

Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
City of Providence
Department of Law
275 Westminster Street Suite 200
Providence, RI 02903
(401) 421-7740, Ext. 333
(401) 351-7596 (Fax)

**CERTIFICATION**

I hereby certify that on this 11th day of January, 2006, I mailed a true copy of the foregoing, by regular mail, postage prepaid, to the following attorney(s) of record:

Christopher E. Fay, Esq.
Fay Law Offices
917 Reservoir Avenue
Cranston, RI 02910

Carolyn M. Ranucci