FILED
JAN 12 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

1/30/06, GRANTED ABSENT OPPOSITION. Local R. CV 7(b) and 37(b).
USMJ

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PRESTON MURPHY and JUSTIN MURPHY :
:
VS. : C.A. No. 05-309T
:
CITY OF PROVIDENCE, ET AL. :

**DEFENDANT CITY OF PROVIDENCE'S MOTION TO COMPEL PLAINTIFF JUSTIN MURPHY'S ANSWERS TO INTERROGATORIES**

Now comes the Defendant in the above-entitled matter and moves to compel Plaintiff Justin Murphy's answers to interrogatories propounded on November 15, 2005. Despite good-faith efforts, the Defendant has been unable to procure said answers absent the filing of this motion. Pursuant to Local Rule, no memorandum is required.

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☑ for determination
☐ ____________
Ernest C. Torres, Chief Judge
Date: 1/27/06

DEFENDANT,
CITY OF PROVIDENCE

By its Attorney,

JOSEPH M. FERNANDEZ
CITY SOLICITOR

Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
City of Providence
Department of Law
275 Westminster Street Suite 200
Providence, RI 02903
(401) 421-7740, Ext. 333
(401) 351-7596 (Fax)