1/30/06: GRANTED ABSENT OPPOSITION. Local R. CV 7(b) and 37(b).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JAN 12 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

PRESTON MURPHY and JUSTIN MURPHY :
VS. : C.A. No. 05-309T
CITY OF PROVIDENCE, ET AL. :

**DEFENDANT CITY OF PROVIDENCE'S MOTION TO COMPEL PLAINTIFF JUSTIN MURPHY'S RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS**

Now comes the Defendant in the above-entitled matter and moves to compel the Plaintiff Justin Murphy to produce those documents requested in Request for Production of Documents dated September 29, 2005. Despite good-faith efforts, the Defendant has been unable to procure said documents absent the filing of this motion. Pursuant to Local Rule, no memorandum is required.

Referred to U.S.M.J. Almond
☐ for findings & recommendation
☒ for determination
1/27/06

DEFENDANT,
CITY OF PROVIDENCE

By its Attorney,

JOSEPH M. FERNANDEZ
CITY SOLICITOR

Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
City of Providence
Department of Law
275 Westminster Street Suite 200
Providence, RI 02903
(401) 421-7740, Ext. 333
(401) 351-7596 (Fax)