AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

Preston Murphy, et al

v.

APPEARANCE

City of Providence, et al

CASE NUMBER: 05 - 309 T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Preston Murphy and Justin Murphy

I certify that I am admitted to practice in this court.

2/9/06
*Date*

William Elderkin, Jr.
*Signature*

William Elderkin, Jr. 6837
*Print Name* *Bar Number*

917 Reservoir Avenue
*Address*

Cranston RI 02910
*City* *State* *Zip Code*

(401) 944-9600 (401) 942-7670
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.