JOSEPH M. FERNANDEZ
City Solicitor

DAVID N. CICILLINE
Mayor

## Department of Law

March 21, 2006

Christopher E. Fay, Esq.
Fay Law Offices
917 Reservoir Avenue
Cranston, RI 02910

RE: Preston and Justin Murphy vs. City of Providence
C.A. No. 05-309

Dear Mr. Fay:

On January 30, 2006, Magistrate-Judge Almond granted my motions to compel answers to interrogatories and responses to request for production from both of your clients.

To date, I have received neither. If I do not hear from you within five (5) days of the mailing of this letter, I shall file a motion to dismiss.

Very truly yours,

Kevin F. McHugh
Senior Assistant City Solicitor

KFM:cmr

275 Westminster Street, Suite 200 • Providence, Rhode Island 02903-1845
(401) 421-7740 (Voice) • (401) 751-0203 (TDD) • (401) 351-7596 (Facsimile)