**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **PRESTON MURPHYand JUSTIN MURPHY** | : | |
| | : | |
| **VS.** | : | **C.A. No. 05-309T** |
| | : | |
| **CITY OF PROVIDENCE, ET AL.** | : | |

**DEFENDANT'S MOTION TO DISMISS PRESTON MURPHY'S COMPLAINT FOR FAILURE TO COMPLY WITH DISCOVERY ORDERS**

Now comes the Defendant City of Providence in the above-entitled matter and moves to dismiss Preston Murphy's Complaint for failure to comply with discovery orders.

Defendant relies on its accompanying memorandum in support thereof.

DEFENDANT,
CITY OF PROVIDENCE
By its Attorney,

JOSEPH M. FERNANDEZ
CITY SOLICITOR

Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
City of Providence
Department of Law
275 Westminster Street, Suite 200
Providence, RI 02903
(401) 421-7740, Ext. 333
(401) 351-7596 (Fax)

**CERTIFICATION**

I hereby certify that on this 12th day of April, 2006, I mailed a true copy of the foregoing, by regular mail, postage prepaid, to the following attorney(s) of record:

Christopher E. Fay, Esq.
Fay Law Offices
917 Reservoir Avenue
Cranston, RI 02910

Carolyn M. Ranucci

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **PRESTON MURPHY and JUSTIN MURPHY** | : | |
| | : | |
| **VS.** | : | **C.A. No. 05-309T** |
| | : | |
| **CITY OF PROVIDENCE, ET AL.** | : | |

**DEFENDANT'S MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS THE COMPLAINT OF PRESTON MURPHY FOR FAILURE TO COMPLY WITH DISCOVERY ORDERS**

In this 42 U.S.C. § 1983 case against the City of Providence and the Providence Police Department, the Plaintiffs have never responded to any of the Defendant's discovery requests. On April 10, 2006, Magistrate Judge Almond granted the Defendant's motions to compel answers to interrogatories and responses to request for production against Plaintiff Preston Murphy. A copy of the order is attached hereto as Exhibit "A."

To date, Plaintiffs have not responded to Defendant's discovery requests.

Fed.R.Civ. P. 37 (b) (2) (C) provides, inter alia, that if a party fails to comply with a Court Order compelling discovery, that the Court may enter an order "dismissing the action or proceeding or any part thereof . . . against the disobedient party." Id. Similarly, Fed. R. Civ. P. 37(d) incorporates the availability to the Court of the sanctions set forth in Rule 37(b)(2) (C) by reference. Id.

In this case, dismissal of the Complaint is a particularly appropriate sanction for failure to comply with the Court's January 30, 2006 Order. Plaintiffs have already been given an extraordinary four months to respond to the discovery. The prejudice to the Defendant caused by this delay should be considered by the Court. Discovery closes in a week and the Defendants have requested permission to file a motion for summary

judgment. This must be filed with the Plaintiffs' deposition transcripts and no discovery responses.

MOREOVER, if the summary judgment motion is denied, the Defendants are at a disadvantage in preparing their defense for trial absent the Plaintiffs' discovery responses.

WHEREFORE, Defendant prays that its Motion to Dismiss be granted.

DEFENDANT,

CITY OF PROVIDENCE
By its Attorney

JOSEPH M. FERNANDEZ
CITY SOLICITOR

Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
City of Providence
Department of Law
275 Westminster Street, Suite 200
Providence, RI 02903
(401) 421-7740, Ext. 333
(401) 351-7596 (Fax)

**CERTIFICATION**

I hereby certify that on this 12th day of April, 2006, I mailed a true copy of the foregoing, by regular mail, postage prepaid, to the following attorney(s) of record:

Christopher E. Fay, Esq.
Fay Law Offices
917 Reservoir Avenue
Cranston, RI 02910

Carolyn M. Ranucci