Case 1:05-cv-00309-T-LDA Document 14 Filed 01/12/2006 Page 1 of 2

4/10/06: GRANTED ABSENT OPPOSITION. LOCAL R. CV 7(b) and 37(b).
USMJ

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **PRESTON MURPHY and JUSTIN MURPHY** | : | |
| | : | |
| **VS.** | : | **C.A. No. 05-309T** |
| | : | |
| **CITY OF PROVIDENCE, ET AL.** | : | |

**DEFENDANT CITY OF PROVIDENCE'S MOTION TO COMPEL PLAINTIFF PRESTON MURPHY'S RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS**

Now comes the Defendant in the above-entitled matter and moves to compel the Plaintiff Preston Murphy to produce those documents requested in Request for Production of Documents dated September 29, 2005. Despite good-faith efforts, the Defendant has been unable to procure said documents absent the filing of this motion. Pursuant to Local Rule, no memorandum is required.

DEFENDANT,
CITY OF PROVIDENCE

By its Attorney,

JOSEPH M. FERNANDEZ
CITY SOLICITOR

Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
City of Providence
Department of Law
275 Westminster Street Suite 200
Providence, RI 02903
(401) 421-7740, Ext. 333
(401) 351-7596 (Fax)

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☒ for determination
☐ ______
Ernest C. Torres, Chief Judge
Date: 4/7/06

Case 1:05-cv-00309-T-LDA Document 13 Filed 01/12/2006 Page 1 of 2

4/10/06: GRANTED ABSENT OPPOSITION. Local R. CV 7(b) and 37(b).
USMJ

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **PRESTON MURPHY and JUSTIN MURPHY** | : | |
| | : | |
| **VS.** | : | **C.A. No. 05-309T** |
| | : | |
| **CITY OF PROVIDENCE, ET AL.** | : | |

**DEFENDANT CITY OF PROVIDENCE'S MOTION TO COMPEL PLAINTIFF PRESTON MURPHY'S ANSWERS TO INTERROGATORIES**

Now comes the Defendant in the above-entitled matter and moves to compel Plaintiff Preston Murphy's answers to interrogatories propounded on November 15, 2005. Despite good-faith efforts, the Defendant has been unable to procure said answers absent the filing of this motion. Pursuant to Local Rule, no memorandum is required.

DEFENDANT,
CITY OF PROVIDENCE

By its Attorney,

JOSEPH M. FERNANDEZ
CITY SOLICITOR

Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
City of Providence
Department of Law
275 Westminster Street Suite 200
Providence, RI 02903
(401) 421-7740, Ext. 333
(401) 351-7596 (Fax)

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☒ for determination
☐
Ernest C. Torres, Chief Judge
Date: 4/7/06