**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

PRESTON MURPHY AND JUSTIN MURPHY
Plaintiffs,

v. C.A. No. 05-309T

CITY OF PROVIDENCE, by and through
its Treasurer, Stephen Napolitano;
PROVIDENCE POLICE DEPARTMENT;
JOHN DOE I; JOHN DOE II; JOHN DOE III;
JOHN DOE IV; JOHN DOE V and/or
JANE DOE I; JANE DOE II; JANE DOE III;
JANE DOE IV; JANE DOE V, ALIAS individually
and as agents of the City of Providence
and/or Providence Police Department
Defendants.

**CONDITIONAL ORDER OF DISMISSAL**

The defendants' motion to dismiss is conditionally granted and it is ordered that this case will be dismissed if plaintiffs fail, within twenty days from the date of this order, to comply with the orders from January 30, 2006 and April 12, 2006, compelling them to produce documents and to provide answers to interrogatories.

By Order,

Deputy Clerk

ENTER:

Ernest C. Torres, Chief Judge

Date: May 15, 2006