UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUN 08 2006
U.S. District Court
District of Rhode Island

PRESTON MURPHY and
JUSTIN MURPHY

VS. C.A. NO. P05-3314

CA 05-309T

CITY OF PROVIDENCE by and through its Treasurer, Stephen Napolitano; PROVIDENCE POLICE DEPARTMENT; JOHN DOE I, JOHN DOE II, JOHN DOE III, JOHN DOE IV, JOHN DOE V and/or JANE DOE I, JANE DOE II, JANE DOE III, JANE DOE IV, JANE DOE V, ALIAS individually and as agents of the City of Providence and/or Providence Police Department

## DISMISSAL STIPULATION

Now come the Plaintiffs in the above-captioned case, by and through undersigned counsel, and hereby agree to dismiss their complaint with prejudice, no interest, no costs.

Plaintiffs,
By their Attorney,

Cristopher E. Fay, Esq.
Fay Law Associates
917 Reservoir Avenue
Cranston, RI 02910
(401) 944-9600

Defendants,
By their attorney,

Kevin F. McHugh, Esq.
Department of Law
City of Providence
275 Westminster Street, Suite 200
Providence, RI 02903

ENTER:

Ernest C. Torres

Ernest C. Torres, Chief Judge
6/16/06

## CERTIFICATION

I, the undersigned, hereby certify that a copy of the foregoing dismissal stipulation was mailed, postage pre-paid, on this 5th day of June, 2006 to Kevin F. McHugh, Esq., Department of Law City of Providence, 275 Westminster Street, Suite 200, Providence, RI 02903.